IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| RICKY WILLIAMS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:18-CV-1046-WHA |
| HEATH TAYLOR, *et al.*, | ) ) | |
| Defendants. | ) | |

**ORDER**

Before the court is the Recommendation of the Magistrate Judge entered August 27, 2019. Doc. 22. There being no timely objection filed to the Recommendation, and based on an independent review of the file, the Recommendation is ADOPTED and it is hereby

ORDERED that this case is DISMISSED without prejudice.

A Final Judgment will be entered separately.

Done, this 17th day of September 2019.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE